

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-15-00224-CV

Style:                 Todd David Rogers v. Gina Marie Rogers

Date motion filed*:    November 9, 2015

Type of motions:       Motion to Extend Time to File Brief

Parties filing motions: Appellant

Document to be filed:  Appellant's Brief

Is appeal accelerated?        No.

If motion to extend time:

    Original due date:              November 12, 2015

    Number of extensions granted:      0          Current Due Date:  November 12, 2015

    Date Requested:                N/A (no date requested)

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due:

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒ Other: _____

The motion for an indefinite extension to file appellant's brief until after the trial court rules on his motion for new trial is **denied without prejudice** to refiling an extension request that includes the length of the extension sought.  *See* TEX. R. APP. P. 10.5(b)(1)(B).  Also, because appellant failed to pay the filing fee in response to the notice sent by the Clerk of this Court on March 31, 2015, if he fails to pay the filing fee **within 10 days of the date of this Order**, this Court may dismiss the appeal without further notice.  *See id.* 5, 42.3(b), (c).  Finally, because the reporter stated, on April 16, 2015, that appellant had not paid for the reporter's record, if appellant fails to pay or make arrangements to pay for the reporter's record **within 10 days of the date of this Order**, this Court may consider and decide those issues or points that do not require a reporter's record.  *See id.* 37.3(c)(2).

Judge's signature: /s/ Laura Carter Higley
                    ☒ Acting individually          ☐ Acting for the Court
Date:  November 10, 2015

November 7, 2008 Revision